UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMVERSE, INC.,<br><br>    Petitioner,<br><br>  -v-<br><br>AMERICAN TELECOMMUNICATION, INC. CHILE S.A., AMERICAN TELECOMMUNICATION INC. BOLIVIA S.A., AMERICAN TELECOMMUNICATION DO BRASIL LTDA., AMERICAN TELECOMMUNICATION INC. ECUADOR ATIECUADOR S.A., and AMERICAN TELECOMMUNICATION PERU S.A.,<br><br>    Respondents. | Case No. 07 CV 11121<br><br>ECF CASE<br><br>**RULE 7.1 STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Petitioner Comverse, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

  Comverse Technology, Inc.
  Verint Systems Inc.
  Ulticom, Inc.

Dated: New York, New York
    December 7, 2007

           DICKSTEIN SHAPIRO LLP

           By: s/Deborah A. Skakel
             Howard Graff (HG7057)
             Deborah A. Skakel (DS8599)
             Lindsay A. Bush (LB0391)
           1177 Avenue of the Americas
           New York, New York 10036
           (212) 277-6500
           Attorneys for Petitioner Comverse, Inc.