UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMVERSE, INC., <br><br> Petitioner, <br><br> -v- <br><br> AMERICAN TELECOMMUNICATION, INC. CHILE S.A., AMERICAN TELECOMMUNICATION INC. BOLIVIA S.A., AMERICAN TELECOMMUNICATION DO BRASIL LTDA., AMERICAN TELECOMMUNICATION INC. ECUADOR ATIECUADOR S.A., and AMERICAN TELECOMMUNICATION PERU S.A., <br><br> Respondents. | Case No. 07 CV 11121 (UA) <br><br> ECF CASE <br><br> [PROPOSED] ORDER <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 12/13/07 |

Having considered Petitioner's ex parte application, the Declaration of Deborah A. Skakel, dated December 12, 2007, the exhibits annexed thereto and the Memorandum of Law, dated December 12, 2007, and for good cause shown, upon application of Petitioner Comverse, Inc., by its attorneys Dickstein Shapiro LLP, for an order pursuant to Rule 4(h)(2) of the Federal Rules of Civil Procedure providing for an alternative method of service of process on Respondents American Telecommunication, Inc. Chile S.A., American Telecommunication Inc. Bolivia S.A., American Telecommunication do Brasil Ltda., American Telecommunication Inc. Ecuador ATIECUADOR S.A., and American Telecommunication Peru S.A. (collectively, "ATI"),

IT IS HEREBY ORDERED that service of the Summons, Petition to Confirm Arbitration Award, and all related initiating papers in this action, along with a copy of this Order, upon: (a) ATI's counsel in New York, Neil E. McDonell, Esq., Dorsey & Whitney LLP, 250 Park Avenue, New York, New York 10177-1500 by hand delivery on or before 5:00 o'clock in the

_____after_____ noon, on _____December 18_____, 2007, (b) ATI's counsel in Chile, Santiago Montt Vicuña, Esq., Montt y Cía S.A., Edificio Centro Santa María, Avda. Los Conquistadores 1700, piso 11, Santiago, Chile by international courier and e-mail on or before __5:00__ o'clock in the __after__ noon, on _____December 18_____, 2007, (c) American Telecommunication, Inc. Chile S.A., American Telecommunication Inc. Bolivia S.A., American Telecommunication do Brasil Ltda., American Telecommunication Inc. Ecuador ATIECUADOR S.A., and American Telecommunication Peru S.A., by international courier on or before __5:00__ o'clock in the __after__ noon, on _____December 18_____, 2007, shall be deemed good and sufficient service thereof.

DATED: _____December 13_____, 2007

_____
[signature]
United States District Judge
Part I

2

DOCSNY-282861v02