UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMVERSE, INC., <br><br> Petitioner, <br><br> -v- <br><br> AMERICAN TELECOMMUNICATION, INC. CHILE S.A., AMERICAN TELECOMMUNICATION INC. BOLIVIA S.A., AMERICAN TELECOMMUNICATION DO BRASIL LTDA., AMERICAN TELECOMMUNICATION INC. ECUADOR ATIECUADOR S.A., and AMERICAN TELECOMMUNICATION PERU S.A., <br><br> Respondents. | Case No. 07 CV 11121 <br><br> ECF CASE <br><br> **PETITIONER'S APPLICATION FOR ORDER FOR ALTERNATIVE METHOD OF SERVICE OF PROCESS PURSUANT TO RULE 4(h)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Upon the annexed declaration of Deborah A. Skakel, dated December 12, 2007, together with the exhibits annexed thereto and the accompanying memorandum of law, Petitioner Comverse, Inc., through its undersigned counsel, Dickstein Shapiro LLP, hereby moves this Court for an order pursuant to Rule 4(h)(2) of the Federal Rules of Civil Procedure providing for an alternative method of service of process on Respondents American Telecommunication, Inc. Chile S.A., American Telecommunication Inc. Bolivia S.A., American Telecommunication do Brasil Ltda., American Telecommunication Inc. Ecuador ATIECUADOR S.A., and American Telecommunication Peru S.A.

Dated: New York, New York
December 12, 2007

Respectfully submitted,

DICKSTEIN SHAPIRO LLP

By: *Deborah A. Skakel*
Howard Graff (HG7057)
Deborah A. Skakel (DS8599)

DOCSNY-282918v01

Lindsay A. Bush (LB0391)
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500
Attorneys for Petitioner Comverse, Inc.