Howard Graff (HG7057)
Deborah A. Skakel (DS8599)
Lindsay A. Bush (LB0391)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500
Attorneys for Petitioner Comverse, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMVERSE, INC., | Case No. 07CV11121 |
| Petitioner, | ECF CASE |
| -v- | **CERTIFICATE OF SERVICE** |
| AMERICAN TELECOMMUNICATION, INC. CHILE S.A., AMERICAN TELECOMMUNICATION INC. BOLIVIA S.A., AMERICAN TELECOMMUNICATION DO BRASIL LTDA., AMERICAN TELECOMMUNICATION INC. ECUADOR ATIECUADOR S.A., and AMERICAN TELECOMMUNICATION PERU S.A., | |
| Respondents. | |

I hereby certify that true copies of the following documents:

1. Summons to American Telecommunication, Inc. Chile S.A.;

2. Petition to Confirm Arbitration Award;

3. Memorandum of Law in Support of Comverse's Petition to Confirm Arbitration Award;

4. Civil Cover Sheet;

5. Rule 7.1 Statement;

6. Petitioner's Application For Order For Alternative Method Of Service Of Process Pursuant To Rule 4(h)(2) Of The Federal Rules Of Civil Procedure;

DOCSNY-283304v01

7. Declaration of Deborah A. Skakel in Support of Petitioner's Application For Order For Alternative Method Of Service Of Process Pursuant To Rule 4(h)(2) Of The Federal Rules Of Civil Procedure;

8. Memorandum Of Law In Support Of Petitioner's Application For Order For Alternative Method Of Service Of Process Pursuant To Rule 4(h)(2) Of The Federal Rules Of Civil Procedure; and

9. Order granting Petitioner's application for alternative method of service of process, dated December 13, 2007;

were served on Respondent American Telecommunication, Inc. Chile S.A., by sending same to American Telecommunication, Inc. Chile S.A., La Concepcion 177, Providencia, Santiago, Chile, by Federal Express International Priority Service on December 13, 2007.

Dated: New York, New York
December 14, 2007

                                                              s/Deborah A. Skakel
                                                              Deborah A. Skakel (DS8599)