Howard Graff (HG7057)
Deborah A. Skakel (DS8599)
Lindsay A. Bush (LB0391)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500
Attorneys for Petitioner Comverse, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMVERSE, INC., | Case No. 07CV11121 |
| Petitioner, | ECF CASE |
| -v- | **CERTIFICATE OF SERVICE** |
| AMERICAN TELECOMMUNICATION, INC. CHILE S.A., AMERICAN TELECOMMUNICATION INC. BOLIVIA S.A., AMERICAN TELECOMMUNICATION DO BRASIL LTDA., AMERICAN TELECOMMUNICATION INC. ECUADOR ATIECUADOR S.A., and AMERICAN TELECOMMUNICATION PERU S.A., | |
| Respondents. | |

I hereby certify that true copies of the following documents:

1. Summons to American Telecommunication Inc. Ecuador ATIECUADOR S.A.;

2. Petition to Confirm Arbitration Award;

3. Memorandum of Law in Support of Comverse's Petition to Confirm Arbitration Award;

4. Civil Cover Sheet;

5. Rule 7.1 Statement;

6. Petitioner's Application For Order For Alternative Method Of Service Of Process Pursuant To Rule 4(h)(2) Of The Federal Rules Of Civil Procedure;

7. Declaration of Deborah A. Skakel in Support of Petitioner's Application For Order For Alternative Method Of Service Of Process Pursuant To Rule 4(h)(2) Of The Federal Rules Of Civil Procedure;

8. Memorandum Of Law In Support Of Petitioner's Application For Order For Alternative Method Of Service Of Process Pursuant To Rule 4(h)(2) Of The Federal Rules Of Civil Procedure; and

9. Order granting Petitioner's application for alternative method of service of process, dated December 13, 2007;

were served on Respondent American Telecommunication Inc. Ecuador ATIECUADOR S.A., by sending same to American Telecommunication Inc. Ecuador ATIECUADOR S.A., Av. 6 de Diciembre 2816, Piso 3, Of. 301, Edificio Josueth González, Quito, Ecuador, by Federal Express International Priority Service on December 13, 2007.

Dated: New York, New York
December 14, 2007

                                                s/Deborah A. Skakel
                                                Deborah A. Skakel (DS8599)