Howard Graff (HG7057)
Deborah A. Skakel (DS8599)
Lindsay A. Bush (LB0391)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500
Attorneys for Petitioner Comverse, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMVERSE, INC., | Case No. 07CV11121 |
| Petitioner, | ECF CASE |
| -v- | **CERTIFICATE OF SERVICE** |
| AMERICAN TELECOMMUNICATION, INC. CHILE S.A., AMERICAN TELECOMMUNICATION INC. BOLIVIA S.A., AMERICAN TELECOMMUNICATION DO BRASIL LTDA., AMERICAN TELECOMMUNICATION INC. ECUADOR ATIECUADOR S.A., and AMERICAN TELECOMMUNICATION PERU S.A., | |
| Respondents. | |

    I hereby certify that true copies of the following documents:

1.    Summons to American Telecommunication, Inc. Chile S.A.;

2.    Summons to American Telecommunication Inc. Bolivia S.A.;

3.    Summons to American Telecommunication do Brasil Ltda.;

4.    Summons to American Telecommunication Inc. Ecuador ATIECUADOR S.A.;

5.    Summons to American Telecommunication Peru S.A.;

6.    Petition to Confirm Arbitration Award;

7.    Memorandum of Law in Support of Comverse's Petition to Confirm Arbitration Award;

8.  Civil Cover Sheet;

9.  Rule 7.1 Statement;

10. Petitioner's Application For Order For Alternative Method Of Service Of Process Pursuant To Rule 4(h)(2) Of The Federal Rules Of Civil Procedure;

11. Declaration of Deborah A. Skakel in Support of Petitioner's Application For Order For Alternative Method Of Service Of Process Pursuant To Rule 4(h)(2) Of The Federal Rules Of Civil Procedure;

12. Memorandum Of Law In Support Of Petitioner's Application For Order For Alternative Method Of Service Of Process Pursuant To Rule 4(h)(2) Of The Federal Rules Of Civil Procedure; and

13. Order granting Petitioner's application for alternative method of service of process, dated December 13, 2007;

were served on Respondents American Telecommunication, Inc. Chile S.A., American Telecommunication Inc. Bolivia S.A., American Telecommunication do Brasil Ltda., American Telecommunication Inc. Ecuador ATIECUADOR S.A., and American Telecommunication Peru S.A.; (collectively, "ATI"), by sending same to: (a) ATI's counsel in New York, Neil E. McDonell, Esq., Dorsey & Whitney LLP, 250 Park Avenue, New York, New York 10177-1500, by hand delivery on December 13, 2007; and (b) ATI's counsel in Chile, Santiago Montt Vicuña, Esq., Montt y Cía S.A., Avda. Los Conquistadores 1700, piso 11, Santiago, Chile, by Federal Express International Priority Service on December 13, 2007 and by email on December 14, 2007.

Dated: New York, New York
December 14, 2007

                    s/Deborah A. Skakel
                    Deborah A. Skakel (DS8599)