Howard Graff (HG7057)
Deborah A. Skakel (DS8599)
Lindsay A. Bush (LB0391)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500
Attorneys for Petitioner Comverse, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMVERSE, INC., | Case No. 07-cv-11121-PKL |
| Petitioner, | ECF CASE |
| -v- | **CERTIFICATE OF SERVICE** |
| AMERICAN TELECOMMUNICATION, INC. CHILE S.A., AMERICAN TELECOMMUNICATION INC. BOLIVIA S.A., AMERICAN TELECOMMUNICATION DO BRASIL LTDA., AMERICAN TELECOMMUNICATION INC. ECUADOR ATIECUADOR S.A., and AMERICAN TELECOMMUNICATION PERU S.A., | |
| Respondents. | |

I hereby certify that true copies of the following documents:

1. Notice of Reassignment, filed December 21, 2007;

2. Individual Practices of Judge Peter K. Leisure;

3. Individual Practices of Magistrate Judge Henry Pitman;

4. 3rd Amended Instructions for Filing an Electronic Case or Appeal;

5. Guidelines for Electronic Case Filing; and

6. Procedures for Electronic Case Filing;

were served on Respondents American Telecommunication, Inc. Chile S.A., American

Telecommunication Inc. Bolivia S.A., American Telecommunication do Brasil Ltda., American

Telecommunication Inc. Ecuador ATIECUADOR S.A., and American Telecommunication Peru S.A.; (collectively, "ATI"), on December 27, 2007 by sending same by Federal Express International Priority Service to the following:

>ATI's counsel in New York, Neil E. McDonell, Esq.
>Dorsey & Whitney LLP
>250 Park Avenue, New York, New York 10177-1500;
>
>ATI's counsel in Chile, Santiago Montt Vicuña, Esq.
>Montt y Cía S.A.
>Avda. Los Conquistadores 1700
>piso 11
>Santiago, Chile;
>
>American Telecommunication, Inc. Chile S.A.
>La Concepcion 177
>Providencia
>Santiago, Chile
>
>American Telecommunication Inc. Bolivia S.A.
>Calle Reyes Ortiz 73, Piso 17
>Of. 1702
>La Paz
>Bolivia;
>
>American Telecommunication do Brasil Ltda.
>Avenida Marechal Henrique Lott 163
>Bloco 2, Sala 302
>Barra da Tijuca
>Rio de Janeiro, RJ
>CEP 22631-370
>Brasil;
>
>American Telecommunication Inc. Ecuador ATIECUADOR S.A.
>Av. 6 de Diciembre 2816
>Piso 3, Of. 301
>Quito
>Ecuador; and

      American Telecommunication Peru S.A.
      Av. Ricardo Rivera Navarrete 525
      Piso 6
      San Isidro
      Lima 27
      Peru.

Dated:  New York, New York
       December 31, 2007

                                                                            s/Lindsay A. Bush
                                                                           Lindsay A. Bush (LB0391)

DOCSNY-285139v01