Neil E. McDonell (NM-1715)
Brooke E. Pietrzak (BP-7314)
Eric Epstein (EE-8992)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York  10177
(212) 415-9200

*Attorneys for Respondent*
*American Telecommunication, Inc. Chile S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMVERSE, INC., <br><br>                    Petitioner, <br><br>       -against- <br><br> AMERICAN TELECOMMUNICATION, INC. CHILE S.A., AMERICAN TELECOMMUNICATION INC. BOLIVIA S.A., AMERICAN TELECOMMUNICATION DO BRASIL LTDA., AMERICAN TELECOMMUNICATION INC. ECUADOR ATIECUADOR S.A., and AMERICAN TELECOMMUNICATION PERU S.A., <br><br>                    Respondents. | Case No. 07 CV 11121 (PKL) <br><br> ECF CASE |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondent American Telecommunication, Inc. Chile S.A. ("ATI Chile"), by its undersigned attorneys, states as follows:

ATI Chile is a wholly-owned subsidiary of ATI Holdings. There are no publicly held corporations that hold 10% or more of ATI Chile's stock.

Dated: New York, New York
      January 14, 2008

Respectfully submitted,

DORSEY & WHITNEY LLP

By:   /s/ Brooke E. Pietrzak
       Neil E. McDonell (NM-1715)
       Brooke E. Pietrzak (BP-7314)
       Eric Epstein (EE-8992)

250 Park Avenue
New York, New York 10177
(212) 415-9200

*Attorneys for Respondent American Telecommunication, Inc. Chile S.A.*