USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMVERSE, INC., | Case No. 07-cv-11121-PKL |
| Petitioner, | ECF CASE |
| -v- | [~~PROPOSED~~] DEFAULT JUDGMENT |
| AMERICAN TELECOMMUNICATION, INC. CHILE S.A., AMERICAN TELECOMMUNICATION INC. BOLIVIA S.A., AMERICAN TELECOMMUNICATION DO BRASIL LTDA., AMERICAN TELECOMMUNICATION INC. ECUADOR ATIECUADOR S.A., and AMERICAN TELECOMMUNICATION PERU S.A., | |
| Respondents. | |

This action having been commenced on December 7, 2007, by the filing of the Summons and Petition to Confirm Arbitration Award, and a copy of the Summons and Petition to Confirm Arbitration Award having been served on the Respondents American Telecommunication Inc. Bolivia S.A., American Telecommunication do Brasil Ltda., American Telecommunication Inc. Ecuador ATIECUADOR S.A., and American Telecommunication Peru S.A., by Federal Express International Priority Service on December 13, 2007 and by sending same to: (a) the Respondents' counsel in New York, Neil E. McDonell, Esq., Dorsey & Whitney LLP, 250 Park Avenue, New York, New York 10177-1500, by hand delivery on December 13, 2007; and (b) the Respondents' counsel in Chile, Santiago Montt Vicuña, Esq., Montt y Cía S.A., Avda. Los Conquistadores 1700, piso 11, Santiago, Chile, by Federal Express International Priority Service on December 13, 2007 and by email on December 14, 2007, such service having been made pursuant to the Order of the Honorable Denise Cote, United States District Judge, dated December 13, 2007; and proof of service having been filed on December 17, 2007; and the

DOCSNY-289825v01

Respondents not having answered the Petitioner to Confirm Arbitration Award, and the time for answering the Petition to Confirm Arbitration Award having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Petitioner, Comverse, Inc., have judgment against the Respondents as follows:

1. As against Respondent American Telecommunication do Brasil Ltda in the liquidated amount of US$12,296,346.00 with interest at 9% from November 29, 2007 amounting to $ 203,142.37 plus costs and disbursements of this action, ~~in the amount of $~~ to be submitted in a separate order. ~~amounting in all to $~~ *PKL*

2. As against Respondent American Telecommunication Peru S.A. in the liquidated amount of US$3,218,714.00 with interest at 9% from November 29, 2007 amounting to $ 53,174.92 plus costs and disbursements of this action, ~~in the amount of $~~ to be submitted in a separate order. ~~amounting in all to $~~ *PKL*

3. As against Respondent American Telecommunication Inc. Bolivia S.A. in the liquidated amount of US$16,438.00 with interest at 9% from November 29, 2007 amounting to $ 271.56 plus costs and disbursements of this action, ~~in the amount of $~~ to be submitted in a separate order ~~amounting in all to $~~ ; and *PKL*

4. As against Respondent American Telecommunication Inc. Ecuador ATIECUADOR S.A. in the liquidated amount of US$878,978.00 with interest at 9% from November 29, 2007 amounting to $ 14,521.20 plus costs and disbursements of this action, ~~in~~

~~the amount of $~~ *to be submitted in a separate order.* PKL
~~amounting in all to $~~

Dated: New York, New York
       Feb 4, 2008

                                      */s/ Peter K. Leisure*
                                      PETER K. LEISURE
                                      United States District Judge

This document was entered on the docket on _____.

DOCSNY-289825v01