UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMVERSE, INC., <br><br> Petitioner, <br><br> -v- <br><br> AMERICAN TELECOMMUNICATION, INC. CHILE S.A., AMERICAN TELECOMMUNICATION INC. BOLIVIA S.A., AMERICAN TELECOMMUNICATION DO BRASIL LTDA., AMERICAN TELECOMMUNICATION INC. ECUADOR ATIECUADOR S.A., and AMERICAN TELECOMMUNICATION PERU S.A., <br><br> Respondents. | Case No. 07-cv-11121-PKL <br><br> ECF CASE <br><br> [PROPOSED] ORDER GRANTING PETITION TO CONFIRM ARBITRATION AWARD |

This matter having come before this Court on Petitioner Comverse, Inc.'s Petition to Confirm Arbitration Award, and the Court having considered all matters of record in this case, it is hereby

ORDERED, that the Petition to Confirm Arbitration Award is granted and the final Arbitration Award rendered on November 29, 2007, by a duly convened Arbitral Tribunal of the International Centre For Dispute Resolution of the American Arbitration Association, is hereby confirmed in its entirety; and

IT IS FURTHER ORDERED, that judgment will issue against the Respondents in the following amounts:

1. US$1,320,497.13 against American Telecommunication, Inc. Chile S.A.;

2. US$12,296,346.00 against American Telecommunication do Brasil Ltda;

3. US$3,218,714.00 against American Telecommunication Peru S.A.;

4. US$16,438.00 against American Telecommunication Inc. Bolivia S.A.; and

DOCSNY-289788v01

5. US$878,978.00 against American Telecommunication Inc. Ecuador ATIECUADOR S.A.; and

IT IS FURTHER ORDERED, that simple interest is awarded to Petitioner on the foregoing amounts at the applicable rate for judgments in New York State from the date of the Arbitration Award until the date of payment of all sums.

SO ORDERED:

Dated: Feb 4, 2008

*[signature]*
PETER K. LEISURE
United States District Judge

DOCSNY-289788v01