USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMVERSE, INC., <br><br> Petitioner, <br><br> -v- <br><br> AMERICAN TELECOMMUNICATION, INC. CHILE S.A., AMERICAN TELECOMMUNICATION INC. BOLIVIA S.A., AMERICAN TELECOMMUNICATION DO BRASIL LTDA., AMERICAN TELECOMMUNICATION INC. ECUADOR ATIECUADOR S.A., and AMERICAN TELECOMMUNICATION PERU S.A., <br><br> Respondents. | Case No. 07-cv-11121-PKL <br><br> ECF CASE <br><br> **ORDER TO SHOW CAUSE** |

Upon the annexed declaration of Deborah A. Skakel, dated March 25, 2008, the exhibits annexed thereto, the accompanying memorandum of law, and the pleadings herein, it is ORDERED, that Respondent American Telecommunication, Inc. Chile S.A. ("ATI Chile") show cause before this Court, at Room 18B, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on April 17, 2008, at 10 o'clock in the A.M. ~~noon~~ thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 37(a) of the Federal Rules of Civil Procedure: (i) compelling ATI Chile to respond in full to the Information Subpoena served upon it pursuant to Rule 69(a) of the Federal Rules of Civil Procedure, in connection with the enforcement of the Judgment entered against it in this action; (ii) compelling ATI Chile to respond in full to the Information Subpoenas served upon it pursuant to Rule 69(a) of the Federal Rules of Civil Procedure, in connection with the enforcement of the Default Judgment entered against American Telecommunication Inc. Bolivia S.A., American Telecommunication do Brasil Ltda., American

DOCSNY-299459v01

Telecommunication Inc. Ecuador ATIECUADOR S.A. and American Telecommunication Peru S.A. in this action; and (iii) granting Petitioner its attorneys' fees and costs incurred in connection with this application.; and it is further

ORDERED that personal service a copy of this order, annexed declaration, and memorandum of law upon Dorsey & Whitney LLP, attorneys for ATI Chile, on or before 5 o'clock in the afternoon, on ~~_____~~ March 24, 2008 shall be deemed good and sufficient service thereof. *

DATED:   New York, New York

ISSUED: March 25, 2008

_____
PETER K. LEISURE
United States District Judge

* Service of opposition papers shall be made on or before April 7, 2008; and service of reply papers shall be made on or before April 14, 2008. PKL

2