Howard Graff (HG7057)
Deborah A. Skakel (DS8599)
Lindsay A. Bush (LB0391)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500
Attorneys for Petitioner Comverse, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMVERSE, INC., | Case No. 07CV11121 (PKL) |
| Petitioner, | ECF CASE |
| -v- | **CERTIFICATE OF SERVICE** |
| AMERICAN TELECOMMUNICATION, INC. CHILE S.A., AMERICAN TELECOMMUNICATION INC. BOLIVIA S.A., AMERICAN TELECOMMUNICATION DO BRASIL LTDA., AMERICAN TELECOMMUNICATION INC. ECUADOR ATIECUADOR S.A., and AMERICAN TELECOMMUNICATION PERU S.A., | |
| Respondents. | |

    I hereby certify that on March 25, 2008, true copies of the following documents:

1.    Order to Show Cause, dated March 25, 2008;

2.    Declaration of Deborah A. Skakel In Support Of Petitioner's Application To Compel Respondent American Telecommunication, Inc. Chile S.A. To Respond To Information Subpoenas, dated March 25, 2008; and

3.    Memorandum Of Law In Support Of Comverse, Inc.'s Order To Show Cause;

2

were served on Respondent American Telecommunication, Inc. Chile S.A. by hand delivery to its attorneys, Brooke Pietrzak, Esq., of Dorsey & Whitney LLP, 250 Park Avenue, New York, New York 10177-1500.

Dated: New York, New York
      April 2, 2008

                                                    s/Deborah A. Skakel
                                                    Deborah A. Skakel (DS8599)