**DICKSTEIN**SHAPIRO LLP

**MEMO ENDORSED**

1177 Avenue of the Americas | New York, NY 10036-2714
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

*Writer's Direct Dial: (212) 277-6585*
*Writer's Direct Fax: (917) 591-7897*
*E-Mail Address: SkakelD@dicksteinshapiro.com*

April 9, 2008

**Via Hand Delivery**

The Honorable Peter K. Leisure
U.S. District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08

Re: *Comverse, Inc. v. American Telecommunication, Inc. Chile S.A., et al.*
Case No. 07 Civ. 11121

Dear Judge Leisure:

We represent petitioner Comverse, Inc. ("Comverse") in the above-referenced matter. We are in the process of preparing reply papers, which must be filed by April 14, 2008, in further support of Comverse's Order To Show Cause compelling respondent ATI Telecommunication, Inc. Chile S.A. ("ATI Chile") to respond in full to Information Subpoenas served upon it pursuant to Rule 69(a) of the Federal Rules of Civil Procedure (and in opposition to ATI Chile's Cross-Motion For Protective Order).

Our reply papers will discuss and/or attach certain documents and information from the record in the underlying arbitration (the "Arbitration") (the confirmed award arising out of which was the predicate for the judgments Comverse now seeks to enforce). We anticipate that ATI Chile will deem at least some of these documents and information sufficiently confidential to warrant an "Attorneys' Eyes Only" designation pursuant to the Stipulation and Protective Order dated November 10, 2006 governing the Arbitration. While we are not conceding that Comverse agrees with such designation, out of abundance of caution, we intend to file such papers under seal to enable us to provide the Court with complete and timely reply papers.

**DICKSTEIN**SHAPIRO LLP

The Honorable Peter K. Leisure
April 9, 2008
Page 2

      Accordingly, we respectfully request that you so order this letter indicating that Comverse has permission to file its reply papers under seal with the Court on or before April 14, 2008.

Respectfully submitted,

*Deborah A. Skakel*

Deborah A. Skakel

cc:    Neil E. McDonell, Esq. (via e-mail)
        Brooke E. Pietrzak, Esq. (via e-mail)

SO ORDERED on this _10th_ day of _April_, 2008

*Peter K. Leisure*

Hon. Peter K. Leisure
United States District Judge

DOCSNY.303014