UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMVERSE, INC., <br><br> Petitioner, <br><br> -v- <br><br> AMERICAN TELECOMMUNICATION, INC. CHILE S.A., AMERICAN TELECOMMUNICATION INC. BOLIVIA S.A., AMERICAN TELECOMMUNICATION DO BRASIL LTDA., AMERICAN TELECOMMUNICATION INC. ECUADOR ATIECUADOR S.A., and AMERICAN TELECOMMUNICATION PERU S.A., <br><br> Respondents. | Case No. 07-cv-11121-PKL <br><br> ECF CASE <br><br> **DECLARATION OF LUIZ GUSTAVO DE OLIVEIRA RAMOS IN SUPPORT OF PETITIONER'S APPLICATION TO COMPEL RESPONDENT AMERICAN TELECOMMUNICATION, INC. CHILE S.A. TO RESPOND TO INFORMATION SUBPOENAS** |

Luiz Gustavo de Oliveira Ramos states as follows:

1. I am a partner of Rayes, Fagundes e Oliveira Ramos Advogados Associados (a law firm located in Brazil), attorneys for Petitioner Comverse, Inc. ("Comverse"), and respectfully submit this Declaration in opposition to the Cross-Motion of Respondent American Telecommunication, Inc. Chile S.A. ("ATI Chile" or "Respondent") for Protective Order and in further support of Comverse's motion seeking an Order of this Court, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure: (i) compelling ATI Chile to respond in full to the Information Subpoena served upon it pursuant to Rule 69(a) of the Federal Rules of Civil Procedure, in connection with the enforcement of the Judgment entered against it in this action; (ii) compelling ATI Chile to respond in full to the Information Subpoenas served upon it pursuant to Rule 69(a) of the Federal Rules of Civil Procedure, in connection with the enforcement of the Default Judgment entered against American Telecommunication Inc. Bolivia S.A., American Telecommunication do Brasil Ltda., American Telecommunication Inc. Ecuador



DOCSNY-303573

ATIECUADOR S.A. and American Telecommunication Peru S.A. (collectively, "ATI's Sister Companies") in this action; and (iii) granting Petitioner its attorneys' fees and costs incurred in connection with this application.

2. Attached hereto as Exhibit A is a true and correct copy of the Certidão Simplificada, or basic certificate (the "Certificate"), that I obtained from Junta Comercial do Estado do Rio de Janeiro (the Board of Trade of the Rio de Janeiro State) in Brazil and which was issued on March 3, 2008.

3. Pursuant to the article 2 of the Instrução Normativa # 93/2002 of the Departamento Nacional do Registro do Comércio - Ministério do Desenvolvimento, Indústria e Comércio Exterior of Brazil, Certidões Simplificadas are generated by the Junta Comercial with the summary of the records and documents it currently has on file with regard to a company registered to do business in Brazil.

4. According to the Certificate, the quota capital of American Telecommunication Ltda. (ATI Brasil) is of R$ 659.943,00 and ATI Chile currently owns R$ 659.043,00 or approximately 99,8636% of such quota capital. Mr. Luiz Nuñez owns the remaining R$ 900,00 or approximately 0,1363% of the above referred quota capital.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: São Paulo, Brazil
April 14, 2008

_____
Luiz Gustavo de Oliveira Ramos

DOCSNY-303573

# EXHIBIT A

00-2008/029683-1

**MINISTÉRIO DO DESENVOLVIMENTO, INDÚSTRIA E COMÉRCIO EXTERIOR**
SECRETARIA DE ESTADO DE DESENVOLVIMENTO ECONÔMICO, ENERGIA, INDÚSTRIA E SERVIÇOS - SEDEIS
DEPARTAMENTO NACIONAL DE REGISTRO DO COMÉRCIO    Sistema Nacional de Registro de Empresa
**JUNTA COMERCIAL DO ESTADO DO RIO DE JANEIRO - JUCERJA**

## CERTIDÃO SIMPLIFICADA
SOCIEDADES EMPRESÁRIAS, EXCETO AS ANÔNIMAS, E SUAS FILIAIS

Certificamos que as informações abaixo constam dos documentos arquivados nesta Junta Comercial.

| Nome Empresarial | Empresa Pública | |
|---|---|---|
| AMERICAN TELECOMMUNICATION LTDA | Filial de Empresa Estrangeira | |

| Número de Identificação do Registro de Empresas - NIRE(Sede) | CGC/MF | Data de Arquivamento do Ato Constitutivo | Data de Início de Atividade |
|---|---|---|---|
| 33207204320 | 03820136000136 | 26/09/2003 | 08/05/2000 |

**Endereço Completo**
AVENIDA MARECHAL HENRIQUE LOTT 163 BL 2  SALA 302
BARRA DA TIJUCA RIO DE JANEIRO RJ 22631370

**Atividades Econômicas**
- COMERCIO VAREJISTA ESPECIALIZADO DE EQUIPAMENTOS E SUPRIMENTOS DE INFORMATICA
- COMERCIO VAREJISTA ESPECIALIZADO DE EQUIPAMENTOS DE TELEFONIA E COMUNICACAO
- COMERCIO VAREJISTA ESPECIALIZADO DE PECAS E ACESSORIOS PARA APARELHOS ELETROELETRONICOS PARA USO DOMESTICO, EXCETO INFORMATICA E COMUNICACAO
- COMERCIO VAREJISTA DE EQUIPAMENTOS PARA ESCRITORIO
- SERVICOS DE REDES DE TRANSPORTE DE TELECOMUNICACOES - SRTT
- SERVICOS DE TELECOMUNICACOES POR FIO NAO ESPECIFICADOS ANTERIORMENTE
- SERVICOS DE TELECOMUNICACOES SEM FIO NAO ESPECIFICADOS ANTERIORMENTE
- TELECOMUNICACOES POR SATELITE
- OUTRAS ATIVIDADES DE TELECOMUNICACOES NAO ESPECIFICADAS ANTERIORMENTE
- SUPORTE TECNICO, MANUTENCAO E OUTROS SERVICOS EM TECNOLOGIA DA INFORMACAO
- HOLDINGS DE INSTITUICOES NAO-FINANCEIRAS

| Capital Social | Microempresa ou Empresa de Pequeno Porte | Prazo de Duração |
|---|---|---|
| R$ 659.943,00 | Não | XXXXXXXXXX |

| Sócios/Participação/Condição/ Nome/CPF ou CGC | Part. no Capital: | Condição: |
|---|---|---|
| LUIS ALBERTO NUNEZ ASECIO 73799300104 | XXXXXXXXX | ADMINISTRADOR |
| PERCY EDUARDO NOGUEIRA STERNBERG HECKMANN 37182765853 | XXXXXXXXX | ADMINISTRADOR |
| AMERICAN TELECOMMUNICATION, INC. CHILE S.A XXXXXXXXX | 659.043,00 | SOCIO |
| LUIS ALBERTO NUNEZ ASECIO 73799300104 | 900,00 | SOCIO |

| Último Arquivamento | | | Situação |
|---|---|---|---|
| Data            Número            Ato | | | REGISTRO ATIVO |
| 24/05/2007    00001699126    105 | | | SEM STATUS |

A JUCERJA não se responsabiliza por qualquer reprodução desta certidão

06 MAR. 2008

Filial(ais) nesta Unidade da Federação ou fora dela

1 - NIRE:          CGC/MF:
Endereço Completo

XXXXXXXXX        XXXXXXXXX

XXXXXXXXX

Observações:
SITUAÇÃO ATUAL

Rio de Janeiro, 3 de Março de 2008.

ACS

JUNTA COMERCIAL DO ESTADO DO RIO DE JANEIRO
CERTIDÃO SIMPLIFICADA    Nº 198766
Protocolo : 00-2008/029683-1  -  29/02/2008
Nome : AMERICAN TELECOMMUNICATION LTDA
Nire : 33207204320

Registro : 00001699126
RJ,04/03/2008
Eu, Deia Maria dos Santos Teixeira Mat 019-0, Conferi e assino.

Valéria G. M. Serra
SECRETÁRIA GERAL

AA 0481059

**DICKSTEIN**SHAPIRO LLP

1177 Avenue of the Americas | New York, NY 10036-2714
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

*Writer's Direct Dial: (212) 277-6585*
*E-Mail Address: skakeld@dicksteinshapiro.com*

April 15, 2008

BY ECF

Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: Comverse, Inc. v. American Telecommunication Inc. Chile S.A., et al.,
> Case No. 07-cv-11121 (PKL)

Dear Sir or Madam:

We represent Petitioner Comverse, Inc. in the above-referenced matter. We are electronically filing the annexed Declaration of Luiz Gustavo de Oliveira Ramos in Support of Petitioner's Application to Compel Respondent American Telecommunication, Inc. Chile S.A. to Respond to Information Subpoenas (the "Ramos Declaration").

Pursuant to the Order to Show Cause issued by Judge Leisure on March 25, 2008, reply papers were due to be filed on April 14th. On April 14th at approximately 5:55 p.m. we attempted to electronically file the Ramos Declaration but were unable to log on to the ECF system. We called the ECF Help Desk and were told that the system was down and that there was no indication as to when it would be back up. We now understand that the ECF system is working and are hereby attaching the Ramos Declaration.

Respectfully submitted,

s/Deborah A. Skakel
Deborah A. Skakel

DAS/eis

cc: All Counsel of Record (by ECF)
    The Honorable Peter K. Leisure, U.S.D.J. (by hand)

Washington, DC | New York, NY | Los Angeles, CA

DOCSNY-303977v01