UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Converse, Inc.,

                        Petitioner,

- against -

American Telecommunication, Inc.
Chile S.A., et al.

-----------------------------------------------------------X

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 11121 (PKL)(HBP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

X  Specific Non-Dispositive Motion/Dispute:*
   Post-judgment discovery dispute

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
   Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
   Particular Motion: _____
   All such motions: ___

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:   New York, New York
         4/16/08

                                    _____
                                    United States District Judge