USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMVERSE, INC.,

                Petitioner,

- against -

AMERICAN TELECOMMUNICATION, INC. CHILE S.A., AMERICAN TELECOMMUNICATION INC. BOLIVIA S.A., AMERICAN TELECOMMUNICATION DO BRASIL LTDA., AMERICAN TELECOMMUNICATION INC. ECUADOR ATI ECUADOR S.A., and AMERICAN TELECOMMUNICATION PERU S.A.,

                Respondents.

ORDER

07 Civ. 11121 (PKL)

**LEISURE, District Judge:**

    On March 25, 2008, respondent American Telecommunication, Inc. Chile S.A. ("ATI Chile") was ordered to show cause before this Court, at Room 18B, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on April 17, 2008 at 10:00 a.m., as to why an order should not be issued in favor of the petitioner Comverse, Inc. under Federal Rule of Civil Procedure 37(a). The order is hereby amended to the extent that ATI Chile must show cause in Room 18A, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on April 18, 2008 at 9:30 a.m.

SO ORDERED.
New York, New York

April 16, 2008

                                                   _/s/ John F. Keenan_
                                                           U.S.D.J.