UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Converse, Inc.,

        Plaintiff,

-against-

American Telecommunications, Inc.
Chile S.A., et al.,

        Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 1121 (PKL)(HBP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

✗ Specific Non-Dispositive Motion/Dispute:*
Order to show cause - contempt

__ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

__ Settlement*

__ Inquest After Default/Damages Hearing

__ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

__ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion. preliminary injunction)
Purpose: _____

__ Habeas Corpus

__ Social Security

__ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
All such motions: ___

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:   New York, New York
        6/4/08

*[signature]*
United States District Judge