

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMVERSE, INC.,

          Petitioner,

-v-

AMERICAN TELECOMMUNICATION, INC.
CHILE S.A., AMERICAN
TELECOMMUNICATION INC. BOLIVIA S.A.,
AMERICAN TELECOMMUNICATION DO
BRASIL LTDA., AMERICAN
TELECOMMUNICATION INC. ECUADOR
ATIECUADOR S.A., and AMERICAN
TELECOMMUNICATION PERU S.A.,

          Respondents.

Case No. 07-cv-11121 (PKL) (HBP)

ECF CASE

**ORDER TO SHOW CAUSE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2008

---

Upon the annexed declaration of Deborah A. Skakel, dated June 4, 2008, the exhibits annexed thereto, the accompanying memorandum of law, and the pleadings herein, it is ORDERED, that Respondent American Telecommunication, Inc. Chile S.A. ("ATI Chile") show cause before this Court, at Room 18A, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on the 16th day of June, 2008, at 2 o'clock in the after noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 37(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 83.9: (i) finding ATI Chile and Luiz Nunez (the Chief Executive Officer of ATI Chile) and Rafael Alfaro (Chairman of the Board of ATI Chile) in contempt of Court for failure to comply with Magistrate Judge Pitman's Order, dated April 18, 2008; (ii) directing that ATI Chile pay the Clerk of Court a fine of $250 per day for each day that ATI Chile remains in violation of the April 18th Order; (iii) directing that warrants be issued for the arrest of Messrs. Nunez and Alfaro until such time as ATI Chile complies with the April 18th Order; and (iv) granting

DOCSNY-312090v01

Comverse its attorneys' fees and costs incurred in connection with this application; and it is further

ORDERED that service of a copy of this order, annexed declaration, and memorandum of law upon (a) Dorsey & Whitney LLP, attorneys for ATI Chile, by hand delivery on or before 10 o'clock in the forenoon, on June 6, 2008, and (b) Messrs. Nunez and Alfaro c/o ATI Chile, La Concepcion 177, Providencia, Santiago, Chile, by international courier on or before 5:00 o'clock in the afternoon, on June 9, 2008, *Local time there*, shall be deemed good and sufficient service thereof.

DATED:   New York, New York

ISSUED:  6-6-08

HENRY B. PITMAN
United States Magistrate Judge