Howard Graff (HG7057)
Deborah A. Skakel (DS8599)
Lindsay A. Bush (LB0391)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500
Attorneys for Petitioner Comverse, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMVERSE, INC., <br><br> Petitioner, <br><br> -v- <br><br> AMERICAN TELECOMMUNICATION, INC. CHILE S.A., AMERICAN TELECOMMUNICATION INC. BOLIVIA S.A., AMERICAN TELECOMMUNICATION DO BRASIL LTDA., AMERICAN TELECOMMUNICATION INC. ECUADOR ATIECUADOR S.A., and AMERICAN TELECOMMUNICATION PERU S.A., <br><br> Respondents. | Case No. 07CV11121 (PKL) (HBP) <br><br> ECF CASE <br><br> **CERTIFICATE OF SERVICE** |

    I hereby certify that on June 6, 2008, true copies of the following documents:

1. Order to Show Cause, dated June 6, 2008;

2. Declaration of Deborah A. Skakel In Support Of Comverse's Order to Show Cause Seeking Contempt Sanctions Against ATI Chile As Well As Luis Nunez and Rafael Alfaro, dated June 4, 2008; and

3. Memorandum Of Law In Support Of Comverse's Order to Show Cause Seeking Contempt Sanctions Against ATI Chile As Well As Luis Nunez and Rafael Alfaro;

2

were served on:  (a) Respondent American Telecommunication, Inc. Chile S.A. ("ATI") by hand delivery to its attorneys, Brooke Pietrzak, Esq., of Dorsey & Whitney LLP, 250 Park Avenue, New York, New York 10177-1500; and (b) Mr. Luis Nunez and Mr. Rafael Alfaro, each c/o ATI, La Concepcion 177, Providencia, Santiago, Chile, by DHL International Priority Service.

I further certify that notification was received from DHL that the package was delivered to Messrs. Nunez and Alfaro c/o ATI on June 9, 2008, at 12:03 p.m. (Santiago, Chile time).

Dated: New York, New York
June 10, 2008

                                                                                 s/Deborah A. Skakel
                                                                                 Deborah A. Skakel (DS8599)