UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

COMVERSE, INC.,                          :

              Plaintiff,         :

   -against-                            :

AMERICAN TELECOMMUNICATION, INC.         :    07 Civ. 11121 (PKL)(HBP)
CHILE S.A., AMERICAN
TELECOMMUNICATION INC.                   :
BOLIVIA S.A., AMERICAN
TELECOMMUNICATION DO BRASIL                   OPINION
LTDA., AMERICAN TELECOMMUNICATION        :    AND ORDER
INC. ECUADOR ATIECUADOR S.A.,            :
and AMERICAN TELECOMMUNICATION
PERU S.A.,                               :

              Defendants.        :

-----------------------------------X

       PITMAN, United States Magistrate Judge:

       By letter dated May 14, 20008, Dorsey & Whitney LLP ("D&W") seeks to withdraw as counsel for defendant American Telecommunications Chile S.A. ("ATI Chile") primarily on the grounds that ATI Chile is deliberately disobeying the Orders of this Court and has failed to pay Dorsey and Whitney's fees. Because both of these grounds are justify an attorney's withdrawal, D&W's application is granted.

       Because ATI Chile is a corporation, it cannot proceed pro se. Rowland v. California Men's Colony, 506 U.S. 194, 201-03 (1993); Grace v. Bank Leumi Trust Co., 443 F.3d 180, 192 (2d Cir. 2006), cert. denied, 127 S.Ct. 962 (2007); Jacobs v. Patent

Enforcement Fund, Inc., 230 F.3d 565, 568 (2d Cir. 2000). Accordingly, ATI Chile is warned that unless it retains new counsel, plaintiff will be able to continue to its efforts to enforce its judgments without the necessity of providing notice of any proceedings to ATI Chile.

  D&W is directed to provide a copy of this Order to ATI Chile and to explain its meaning to ATI Chile.[1]

Dated: New York, New York
    July 9, 2008

             SO ORDERED

             HENRY PITMAN
             United States Magistrate Judge

Copies transmitted to:

Howard Graff, Esq.
Deborah A. Skakel, Esq.
Lindsay A. Bush, Esq.
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, New York  10036

---

[1] Plaintiff's counsel seeks to have D&W's withdrawal conditioned on ATI Chile's retaining new counsel. If I believed that ATI Chile intended to retain new counsel, I would have been inclined to impose this condition. It appears, however, that ATI Chile has now made the decision to ignore these proceedings. Compelling D&W to continue in the case under these circumstances would probably require it to remain in the case indefinitely and penalize D&W for conditions created exclusively by its client. Although I appreciate plaintiff's frustration at the defendants' refusal to honor the judgment in this action, compelling D&W to remain in the case for a recalcitrant client will not remedy the situation and will not provide any practical benefit to plaintiff.

Neil E. McDonell, Esq.
Brooke E. Pietrzak, Esq
Eric Epstein, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, New York  10177